NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES D. GISONDI, )
)
Appellant, )
)
v. ) Case No. 2D16-3960
)
FEDERAL NATIONAL MORTGAGE )
ASSOCIATION, )
)
Appellee. )
_____ )

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Marion L. Fleming, Senior Judge.

Mark P. Stopa of Stopa Law Firm, Tampa,
for Appellant.

Daniel S. Stein and Mary Pascal Stella of
Popkin & Rosaler, P.A., Deerfield Beach, for
Appellee.


PER CURIAM.


Affirmed.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.